**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BARBARA BENTSEN**                                                                           **PLAINTIFF**

**V.**                                            **NO.  4:05-CV-00990 GTE**

**UNITED STATES OF AMERICA**                                      **DEFENDANT**

### ORDER OF DISMISSAL

The parties having advised that this case has been resolved by agreement,

IT IS THEREFORE ORDERED that this case be, and it is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this ___20th___ day of July, 2006.

                                                                             ___/s/Garnett Thomas Eisele_____
                                                                             UNITED STATES DISTRICT JUDGE